*E-filed 8/22/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>            Plaintiff,<br><br>   v.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and NADIA ANNETTE MARTINEZ, also known as NADIA ANNETTE NELSON, an individual,<br><br>            Defendants.<br>_____/<br>NADIA ABELE,<br><br>            Cross-Claimant,<br><br>   v.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and FEDEX WEST, INC., a corporation<br><br>            Cross-defendants.<br>_____/<br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ,<br><br>            Cross-claimant,<br><br>   v. | No. C05-01669 HRL<br><br>**ORDER GRANTING PLAINTIFF MINNESOTA LIFE INSURANCE COMPANY'S REQUEST TO APPEAR BY TELEPHONE** |

United States District Court
For the Northern District of California

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | NADIA ABELE aka NADIA ANNETTE MARTINEZ aka NADIA ANNETTE NELSON, FEDEX GROUND PACKAGE SYSTEM, INC., FEDEX GROUND PACKAGE SYSTEM, INC. AND CERTAIN AFFILIATES WEALTH ACCUMULATION 401(k) PLAN; and DOES 1-5, inclusive,<br><br>              Cross-defendants.<br>                                                                        / |

Having considered plaintiff Minnesota Life Insurance Company's request to appear by telephone at the Case Management Conference, set for August 23, 2005 at 1:30 p.m., and good cause appearing, the court grants the request.

**IT IS SO ORDERED.**

Dated: 8/22/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Heather B. Hoesterey     hhoesterey@reedsmith.com, bcurzi@reedsmith.com

3  Robert D. Phillips , Jr     RPhillips@ReedSmith.com, Lvieland@ReedSmith.com

4  Stephen S. Picone     spicone@piconeanddefilippis.com

5  William George Priest , Jr     attypriest@priestlaw.com, cduncan@priestlaw.com

6  * Counsel are responsible for providing copies of this order to co-counsel.

Dated:  8/22/05

                                        /s/ RNR
                         Chambers of Magistrate Judge Lloyd

**United States District Court**
For the Northern District of California