Robert D. Phillips, Jr. (SBN 82639)
Heather B. Hoesterey (SBN 201254)
REED SMITH LLP
1999 Harrison Street, Suite 2400
Oakland, CA 94612-3572

**Mailing Address:**
P.O. Box 2084
Oakland, CA 94604-2084

Telephone:   510.763.2000
Facsimile:   510.273.8832

Attorneys for Plaintiff
Minnesota Life Insurance Company

*E-filed 8/24/05*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and NADIA ANNETTE MARTINEZ, also known as NADIA ANNETTE NELSON, an individual,<br><br>Defendants.<br><br>NADIA ABELE,<br><br>Cross-Complainant,<br><br>vs.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and FEDEX WEST, INC., a corporation,<br><br>Cross-Defendants. | Case No. C05 01669 HRL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER** |

IT IS HEREBY STIPULATED by and between plaintiff Minnesota Life Insurance Company, defendant Raul Martinez, as Administrator of the Estate of Gilbert Rodriguez Martinez, and defendant Nadia Abele, formerly known as Nadia Annette Martinez, and also known as Nadia

Annette Nelson, an individual, by and through their respective attorneys of record:

1. That the Court may enter judgment in the form attached hereto and marked as Exhibit "A."

DATED: August 17, 2005.

REED SMITH LLP

By _____
Robert D. Phillips, Jr.
Heather B. Hoesterey
Attorneys for Plaintiff
Minnesota Life Insurance Company

DATED: August ___, 2005

LAW OFFICE OF WILLIAM G. PRIEST

By _____
William G. Priest
Attorney for Defendant Raul Martinez, as Administrator of the Estate of Gilbert Rodriguez Martinez

DATED: August ___, 2005

CARTER, DOUGHERTY & KEILEY

By _____
Anthony J. Keiley III
Attorney for Defendant/Cross-Complainant
Nadia Abele

**IT IS SO ORDERED:**

DATED: _____, 2005

By _____
The Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

1 Annette Nelson, an individual, by and through their respective attorneys of record:

    1. That the Court may enter judgment in the form attached hereto and marked as Exhibit "A."

DATED: August __, 2005.

REED SMITH LLP

By_____
Robert D. Phillips, Jr.
Heather B. Hoesterey
Attorneys for Plaintiff
Minnesota Life Insurance Company

DATED: August __, 2005

LAW OFFICE OF WILLIAM G. PRIEST

By _____
William G. Priest
Attorney for Defendant Raul Martinez, as
Administrator of the Estate of Gilbert Rodriguez
Martinez

DATED: August 16, 2005

CARTER, DOUGHERTY & KEILEY

By _____
Anthony J. Keiley III
Attorney for Defendant/Cross-Complainant
Nadia Abele

**IT IS SO ORDERED:**

DATED: 8/24/05 , 2005

By     /s/ Howard R. Lloyd
_____
The Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

DOCSOAK-9788520.1-HHOESTEREY 8/15/05 10:25 AM

1  Robert D. Phillips, Jr. (SBN 82639)
   Heather B. Hoesterey (SBN 201254)
2  REED SMITH LLP
   1999 Harrison Street, Suite 2400
3  Oakland, CA 94612-3572

4  **Mailing Address:**
   P.O. Box 2084
5  Oakland, CA 94604-2084

6  Telephone:   510.763.2000
   Facsimile:   510.273.8832
7
   Attorneys for Plaintiff
8  Minnesota Life Insurance Company

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11 | MINNESOTA LIFE INSURANCE COMPANY, | Case No. C05 01669 HRL
12 |                 Plaintiff,        | **STIPULATED JUDGMENT IN INTERPLEADER**
13 |     vs.                           |
14 | RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and NADIA ANNETTE MARTINEZ, also known as NADIA ANNETTE NELSON, an individual, |
17 |                 Defendants.       |

18 | NADIA ABELE,
19 |                 Cross-Complainant,
20 |     vs.
21 |
22 | RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and FEDEX WEST, INC., a corporation,
24 |                 Cross-Defendants.

26     Upon reading the Stipulation and Order for entry of Judgment in Interpleader, and it
27 appearing that this Court has jurisdiction of the parties and of the subject herein, and good cause
28 appearing,

— 1 —
STIPULATED JUDGMENT IN INTERPLEADER

Exhibit A

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That plaintiff Minnesota Life Insurance Company ("Minnesota Life") filed its Complaint in Interpleader in good faith on or about April 22, 2005, that this is a proper cause for interpleader, and that Minnesota Life is hereby granted judgment of interpleader;

2. That by reason of the death of Gilbert Martinez ("decedent") on or about March 4, 2004, the sum of One Hundred Forty-Six Thousand Dollars and No Cents ($146,000.00) (hereinafter "the Death Benefit") became payable under Minnesota Life's group life insurance, Policy Number 32908 issued to Gilbert Martinez's employer FedEx West, Inc.;

3. That defendants Raul Martinez, as Administrator of the Estate of Gilbert Rodriguez Martinez ("Raul Martinez"), and Nadia Abele, formerly known as Nadia Annette Martinez, also known as Nadia Annette Nelson ("Nadia Abele"), an individual, each claimed entitlement to some or all of the Death Benefit and that, to date, no other person or entity has made a claim to the Death Benefit;

4. That having deposited the Death Benefit, plus interest, with the Clerk of this Court on or about April 22, 2005, Minnesota Life is hereby released, discharged, and acquitted of and from any liability of any kind or nature whatsoever under the Policy;

5. That the remaining parties, Raul Martinez and Nadia Abele, will litigate the dispute between them and Minnesota Life is not a necessary party to such litigation.

6. That plaintiff Minnesota Life shall recover $ 4,921.91 from the death benefit deposited with the Court as reimbursement for its attorneys' fees and costs incurred in this action. The Clerk of the Court shall remit a check in the amount of $ 4,921.91 payable to Minnesota Life Insurance Company, to its attorneys, Reed Smith, LLP, 1999 Harrison Street, Suite 2400, Oakland,

1 | CA 94612, Attention: Heather B. Hoesterey.

2

3 | DATED: August 17, 2005.        REED SMITH LLP

4

5 | By /s/ *signature*

6 | Robert D. Phillips, Jr.
    Heather B. Hoesterey
    Attorneys for Plaintiff
7 | Minnesota Life Insurance Company

8

9 | DATED: August ___, 2005        LAW OFFICE OF WILLIAM G. PRIEST

10

11 | By /s/ *signature*
     William G. Priest
     Attorney for Defendant Raul Martinez, as
12 | Administrator of the Estate of Gilbert Rodriguez
     Martinez

13

14

15 | DATED: August ___, 2005        CARTER, DOUGHERTY & KEILEY

16

17 | By _____
     Anthony J. Keiley III
     Attorney for Defendant/Cross-Complainant
18 | Nadia Abele

19

20

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

21

22

23 | DATED: _____, 2005

24

25 | By _____
     The Hon. Howard R. Lloyd
     UNITED STATES MAGISTRATE JUDGE

26

27

28

1  CA 94612, Attention: Heather B. Hoesterey.

2

3  DATED: August ___, 2005.                REED SMITH LLP

4

5                                          By_____
6                                              Robert D. Phillips, Jr.
                                               Heather B. Hoesterey
7                                              Attorneys for Plaintiff
                                               Minnesota Life Insurance Company
8

9  DATED: August ___, 2005                 LAW OFFICE OF WILLIAM G. PRIEST

10

11                                         By_____
                                               William G. Priest
12                                             Attorney for Defendant Raul Martinez, as
                                               Administrator of the Estate of Gilbert Rodriguez
13                                             Martinez

14

15 DATED: August 16, 2005                  CARTER, DOUGHERTY & KEILEY

16
                                           By_____
17                                             Anthony J. Keiley III
                                               Attorney for Defendant/Cross-Complainant
18                                             Nadia Abele

19

20
   IT IS HEREBY ORDERED, ADJUDGED AND DECREED:
21

22
   DATED:  8/24/05    , 2005
23

24                                         By ____/s/ Howard R. Lloyd_____
                                               The Hon. Howard R. Lloyd
25                                             UNITED STATES MAGISTRATE JUDGE

26

27

28

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is REED SMITH LLP, 1999 Harrison Street, Suite 2400, Oakland, CA 94612-3572. On August 17, 2005, I served the following document(s) by the method indicated below:

**STIPULATION AND [PROPOSED] ORDER FOR ENTRY OF JUDGMENT IN INTERPLEADER**

☐ by transmitting via facsimile on this date from fax number 510.273.8832 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

William G. Priest, Jr., Esq.
28 North First Street, Suite 100
San Jose, CA 95113

Anthony James Keiley III, Esq.
Carter Dougherty & Keiley
2397 Forest Avenue
San Jose, CA 95128

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on August 17, 2005, at Oakland, California.

_____
Barbara Curzi