Ernest M. Malaspina (State Bar No. 187946)
Tod C. Gurney (State Bar No. 199813)      *E-filed 12/6/05*
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA 95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:   (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Cross-Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and NADIA LANNETTE MARTINEZ, also known as NADIA ANNETTE NELSON, an individual,,<br><br>Defendant.<br><br>AND RELATED CROSS-ACTIONS. | CASE NO. C05 01669 HRL<br><br>**STIPULATION RE DECEDENT'S PENSION BENEFITS AND [PROPOSED] ORDER THEREON** |

**WHEREAS,** Gilbert Rodriguez Martinez (hereinafter the "Decedent") was at certain relevant times an employee of FedEx Freight West, Inc. ("FedEx Freight"), which is not a party to this action;

**WHEREAS,** during his employment, Decedent participated in the "FedEx Ground Package System, Inc. and Certain Affiliates Wealth Accumulation 401(k) Plan" (hereinafter "FedEx Pension Plan") as administered by cross-defendant FedEx Ground Package System, Inc. ("FedEx Ground");

WHEREAS, Decedent died on or about March 4, 2004;

WHEREAS, Nadia Abele, formerly known as Nadia Annette Martinez, also known as Nadia Annette Nelson ("Abele") filed a cross-complaint in the above-referenced action against an entity erroneously named as "FedEx West, Inc., a corporation" by which Abele claims an interest as a beneficiary in certain funds held in the FedEx Pension Plan;

WHEREAS, Raul Martinez ("Martinez") filed a cross-complaint in the above-referenced action, naming as cross-defendants FedEx Pension Plan and FedEx Ground, by which Martinez claims an interest as a beneficiary in the above-referenced funds held in the FedEx Pension Plan (hereinafter the "Pension Plan Funds");

WHEREAS, cross-defendants FedEx Pension Plan and FedEx Ground have no interest in the Pension Plan Funds, or any part thereof, and is a mere administrator of said funds;

WHEREAS, the parties to this Stipulation and Order seek a vehicle by which cross-defendants FedEx Pension Plan, FedEx Ground, and "FedEx West, Inc., a corporation" and all affiliated FedEx entities will be dismissed with prejudice from the above-referenced action and, in exchange, hold the Pension Plan Funds pending resolution of Martinez' and Abele's claims to said funds in this action;

NOW THEREFORE, the Parties, and each of them, by and through their respective counsel, agree and stipulate as follows:

1. Martinez and Abele will litigate the dispute between them and cross-defendants FedEx Pension Plan, FedEx Ground, and "FedEx West, Inc., a corporation" are not necessary parties to this litigation.

2. Within three (3) court days after the Court's approval of this Stipulation and Order, Martinez and Abele will each file dismissals with prejudice of cross-defendants FedEx Pension Plan, FedEx Ground, and "FedEx West, Inc., a corporation";

3. Pending resolution of the claims by Martinez and Abele to the Pension Plan Funds, in the form of a court order, judgment or a court-approved settlement, said funds shall be held in the investment vehicle(s) in which they are presently being held, provided said vehicle remains available, as reflected in the statement attached hereto as Exhibit A;

4. Within twenty-one (21) days after receiving a certified copy of a court order, judgment or a court-approved settlement that resolves the claims by Martinez and/or Abele to the Pension Plan Funds, cross-defendants FedEx Pension Plan and FedEx Ground shall release said funds to Martinez and/or Abele pursuant to the terms of said court order, judgment or a court-approved settlement.

5. By agreeing to hold said funds pursuant to this Stipulation and Order, Martinez and Abele agree that cross-defendants FedEx Pension Plan and FedEx Ground assume no duties or responsibilities, fiduciary or otherwise, in excess of their current duties and responsibilities, fiduciary or otherwise, if any, in administering the FedEx Pension Plan;

6. Martinez and Abele hereby represent, through their counsel of record set forth below, that they know of no other persons or entities that have claimed or intend to claim an interest in the Pension Plan Funds that are the subject of this action.

**IT IS HEREBY STIPULATED.**

Dated: November 23, 2005

THE PRIEST LAW OFFICES

By: _____
William G. Priest, Jr.
Attorneys for MARTINEZ

Dated: November 30, 2005

CARTER, DOUGHERTY & KEILEY

By: _____
Anthony J. Keiley, III
Attorneys for ABELE

| | | |
|---|---|---|
| 1 | Dated: December 5, 2005 | Hopkins & Carley<br>A Law Corporation |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Ernest M. Malaspina |
| 5 | | Attorneys for Cross-Defendant<br>FEDEX GROUND PACKAGE SYSTEM, INC. |
| 6 | | |
| 7 | **IT IS SO ORDERED.** | |
| 8 | DATED: December 6, 2005 | /s/ Howard R. Lloyd<br>_____<br>HONORABLE HOWARD R. LLOYD |
| 9 | | Magistrate Judge |