| | |
|---|---|
| William G. Priest, Jr. (SBN 049919)<br>**THE PRIEST LAW OFFICES**<br>28 N. First Street, Suite 100<br>San Jose, California 95113<br>Telephone: (408) 279-3450<br><br>**Attorney for Defendant**<br>**Raul Martinez** | *E-filed 4/12/06* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINNESOTA LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and NADIA ANNETE MARTINEZ, also known as NADIA ANNETTE NELSON, an individual,<br><br>　　　　　　　Defendants.<br>_____<br>NADIA ABELE,<br><br>　　　　　　　Cross-complainant,<br><br>　　v.<br><br>RAUL MARTINEZ, as Administrator of the ESTATE OF GILBERT RODRIGUEZ MARTINEZ, and FEDEX WEST, INC., a corporation,<br><br>　　　　　　　Cross-defendants<br>_____<br>AND RELATED CROSS-CLAIMS<br>_____ | CASE NO. C05 01669 HRL<br><br>[proposed]<br><br>**ORDER APPROVING SETTLEMENT AND FOR DISMISSAL PURSUANT TO STIPULATION** |

Upon reading the Stipulation for Order Approving Settlement and for Dismissal of Action executed on behalf of the remaining parties to this action, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The "Settlement Agreement and Mutual Release," entered into effective December 5, 2005, by and between Raul Martinez, as Administrator of the Estate of Gilbert Rodriguez Martinez, and Nadia Abele, formerly known as Nadia Annette Martinez, also known as Nadia Annette Nelson, a copy of which is filed herein as "Exhibit A" to that certain "Stipulation for Order Approving Settlement and for Dismissal of Action," executed by the attorneys for said parties, is approved by the Court.

2. The pretrial conference in this action, set for May 16, 2006 at 1:30 p.m., and the trial date set for May 22, 2006, are both hereby vacated.

3. The Clerk shall forthwith disburse all remaining funds on deposit with this Court on account of the interpleader action, to The Estate of Gilbert Rodriguez Martinez, c/o William G. Priest, Jr., The Priest Law Offices, 28 N. First Street, Suite 100, San Jose, CA 95113.

4. The action shall be, and upon disbursement of funds as provided above, is dismissed in its entirety, with prejudice, as to all parties and all causes of action, save and except that such dismissal shall be without prejudice to the rights of the parties to enforce the terms of the settlement agreement pursuant to which the Stipulation for Order upon which this Order is made.

/////

/////

/////

/////

5. Except as previously ordered by the Court in this action, each party shall pay his/her/its own costs and any attorney's fees incurred herein.

DATED: _____4/12_____, 2006.

_____
Hon. Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

**APPROVED AS TO FORM AND CONTENT:**

DATED: April 5, 2006.    **THE PRIEST LAW OFFICES**

/S/ WILLIAM G PRIEST JR
_____
William G. Priest, Jr.
Attorney for Defendant/Cross-defendant/
Cross-cross-complainant Raul Martinez
as Administrator of the Estate of Gilbert
Rodriguez

DATED: April 5, 2006.    **CARTER, DOUGHERTY & KEILEY**

/S/ ANTHONY J KEILEY III
_____
Anthony J. Keiley III
Attorney for Defendant/Cross-complainant/
Cross-cross-defendant Nadia Abele

**I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.**